LIPPERT, APPELLANT, *v.* ENGLE, SUPT., ET AL., APPELLEES.

(No. 77-634—Decided November 16, 1977.)

*Mr. Robert L. Lippert, pro se.*

*Mr. William J. Brown,* attorney general, and *Mr. Dennis L. Sipe,* for appellees.

*Per Curiam.* Mandamus is not available where appellant has a plain and adequate remedy in the ordinary course of the law by way of appeal. See *State, ex rel. Pressley,* v. *Indus. Comm.* (1967), 11 Ohio St. 2d 141; *State, ex rel. Woodbury,* v. *Spitler* (1974), 40 Ohio St. 2d 1; *State, ex rel. Racine,* v. *Dull* (1975), 44 Ohio St. 2d 72; and *In re Singer* (1976), 45 Ohio St. 2d 130.

The judgment of the Court of Appeals, dismissing the complaint, is therefore affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.